Nicole Owens
Federal Public Defender
Abigail Thiry
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Quintin Tyrel Halstead

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Honorable David C. Nye

| United States of America | No. 1:24-cr-00225-DCN |
|---|---|
| Plaintiff | **Joint Sentencing Recommendation** |
| v. | |
| Quintin Tyrel Halstead | |
| Defendant | |

## Introduction

The government and Mr. Halstead jointly recommend that the Court impose a sentence of 51 months. This sentence is sufficient, but not greater than necessary, to satisfy the purpose set forth in 18 U.S.C. § 3553(a). It reflects adequate punishment, provides meaningful deterrence, and promotes appropriate rehabilitation. Moreover, it considers Mr. Halstead's personal history and characteristics, which support the imposition of a sentence at the low end of the guideline range.

## Recommendation

Section 3553(a)—the prime directive of federal sentencing—requires the Court to impose a sentence sufficient, but not greater than necessary, to accomplish the legitimate goals of federal sentencing: promoting respect for the law, protecting the public, deterring crime, and advancing rehabilitation. *See Dean v. United States*, 137 S. Ct. 1170, 1175 (2017) ("parsimony principle" of § 3553(a) is fundamental substantive rule of federal sentencing). Put another way, § 3553(a) requires the Court to impose the most lenient justifiable sentence given the defendant's history and characteristics and the nature of his offense.

The parties agree that, based on the §3553(a) factors, a sentence of 51 months with a 15-year term of supervision, to run concurrent with CR-FE-2015-10635, is proper because it considers the nature and circumstances of the

offense and Mr. Halstead's significant mental health history. The parties will further elaborate on these considerations at the sentencing hearing to justify the jointly requested 51-month sentence.

## Conclusion

The government and Mr. Halstead ask that the Court follow the joint recommendation of 51 months followed by 15 years of supervised release, to run concurrent with CR-FE-2015-10635.

Dated: January 7, 2026

Nicole Owens
Federal Public Defender
By:

/s/ Abigail Thiry
Abigail Thiry
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Quintin Tyrel Halstead

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Erin Blackadar, Assistant U.S. Attorney


Dated: January 7, 2025        /s/ Sybil Davis
                              Sybil Davis